KEETON, APPELLANT, *v.* COSHOCTON MEMORIAL
HOSPITAL ET AL., APPELLEES.

[Cite as Keeton *v.* Coshocton Memorial Hosp. (1986),
28 Ohio St. 3d 309.]

(No. 86-252—Decided December 22, 1986.)

*Nukes & Perantinides Co., L.P.A., Paul G. Perantinides* and *Elizabeth B. Manning,* for appellant.

*Hanhart, Miller & Kyler, William A. Kyler* and *Thomas W. Hardin,* for appellee Coshocton Memorial Hospital.

*Herbert, Treadon, Benson & Frieg, Thomas Treadon* and *Joseph F. Scott,* for appellee W. R. Agricola, M.D.

The judgment of the court of appeals in case No. 85A07-050 is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.